**EXHIBIT 1**

# EXHIBIT 1

**EXHIBIT 1**

# STORE POLICY & PROCEDURE MANUAL

**Subject:** Contract Disclaimer

This Policy & Procedure Manual does not constitute a contract for employment for any period of time or for any policies or benefits but merely sets forth policies and procedures in effect on the date it was issued.

The policies contained in this manual may be amended from time to time without prior notice to associates.

No supervisor, manager, or representative of Dots other than the Chairman and CEO, has the authority to enter into any agreement with anyone for employment for any specified period of time or to make any promises or commitments contrary to the foregoing. Further, any employment agreement entered into by the Chairman and CEO will not be enforceable unless it is in writing.

Any reference to one gender applies to both genders.

All associates are employed on an "at-will" basis. This means both the company and the associate have the right to terminate the employment relationship at anytime, with or without cause or reason.

*Kemp v. Dots, LLC*
D000165